**Petition for Writ of Mandamus Denied and Opinion filed November 22, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00925-CV

### IN RE ALI CHOUDHRI, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-27197**

## MEMORANDUM OPINION

On November 15, 2016, relator Ali Choudhri filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Patricia J. Kerrigan, presiding judge of the 190th District Court of Harris County,

to vacate her "Order Referring Motions to Special Master" signed on November 3, 2016.

To obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy by appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Relator has not shown that he is entitled to mandamus relief.

We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.